## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 FEB 22 AM 8: 48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:           DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

OLGA LOREDO DE LOPEZ (1),

                    Defendant.

CASE NO.  76CR0456-L

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

____  an indictment has been filed in another case against the defendant and
      the Court has granted the motion of the Government for dismissal of
      this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

_XX_  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of
      acquittal; or

____  a jury has been waived, and the Court has found the defendant not
      guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 20, 2007

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____